UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JANE DOE,

    Plaintiff,

v.                                      Case No: 2:22-cv-159-JLB-NPM

PUNTA GORDA DEVELOPMENT CORP,
PUNTA GORDA DEVELOPMENT
CORPORATION CHARLOTTE HOMES,
PUNTA GORDA HOUSING AUTHORITY
and STATE OF FLORIDA,

    Defendants.

## ORDER

On June 6, 2022, the Magistrate Judge entered a Report and Recommendation, recommending that this case be dismissed without prejudice. (Doc. 12.)  No objection has been filed and the time to do so has expired.[1]  A district judge may accept, reject, or modify a magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  Id.  Mindful that no objection has been filed, and after independent review of the record, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

---

[1] The Court's CM/ECF docket reflects that while a copy of the Report and Recommendation was mailed to Plaintiff on June 6, 2022, the copy was returned as "Unable to Forward."  (Doc. 13.)  Plaintiff has not provided the Court with an alternative mailing address.

Accordingly, it is **ORDERED**:

1. The Report and Recommendation (Doc. 12) is **ADOPTED**.

2. This case is **DISMISSED without prejudice** for failure to comply with the Court's orders and for failure to prosecute. The Clerk is **DIRECTED** to terminate any pending motions and deadlines and close the file.

**ORDERED** at Fort Myers, Florida, on June 28, 2022.

_____
**JOHN L. BADALAMENTI**
UNITED STATES DISTRICT JUDGE